Leo DiTomasso, Individually, etc., on Behalf of Himself and All Others Similarly Situated and on Behalf of Paramount Ice Corporation, Plaintiff, v. Vito Loverro and Others, Defendants. Jacob Krisel, as Attorney, Appellant; Paramount Ice Corporation, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.

Harry W. Dupper, Appellant, v. John Rogan, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.

Lawrence Fleming and Gladys Fleming, Appellants, v. Elizabeth Oppel, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.

In the Matter of the Application of Anthony Brunone, Respondent, for an Order of Mandamus against The Societa Mutuo Soccorso San Rocco Fra I Cittadini Di Palo Colle Bari and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ. [See post, p. 882.]

In the Matter of the Application of The City of New York Relative to Acquiring Title, etc., for the Purpose of Opening and Extending Neptune Avenue, from East 12th Street to Shore Boulevard, etc., in the Borough of Brooklyn, City of New York. In the Matter of the Application of The City of New York, Acting by and through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Real Property, etc., Necessary to Be Taken and Acquired for the Improvement of the Waterfront and Harbor of The City of New York, between Sheepshead Bay Road and East 27th Street, Sheepshead Bay, in the County of Kings, Borough of Brooklyn, City of New York, etc. Mott Operating Corporation and Frederick W. I. Lundy, Appellants; The City of New York, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.

In the Matter of the Petition of the Village of Red Hook for the Construction and Reformation of Paragraph 7 of the Last Will and Testament of Ella Neher, Deceased. Village of Red Hook, Appellant; Hon. John J. Bennett, Jr., as Attorney-General of the State of New York, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.

Jamaica Trading Corporation, Appellant, v. Doel Realty Corporation and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.

Francis M. Kelleher, Respondent, v. John McQuade, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.

Walter R. McCarthy, Respondent, v. Brooklyn and Queens Transit Corporation, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 757.] Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.